IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSE AGUIAR,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-129
LT Case No. 05-2019-CF-28034-A-X

Decision filed September 13, 2022

Appeal from the Circuit Court
for Brevard County,
Michael J. Linn, Judge.

Daniel Martinez, of Law Offices of
Daniel Martinez, PLLC, Palm Bay,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.